STATE OF CONNECTICUT *v.* PAUL EGAN

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 59, is denied.

*John A. Keyes,* in support of the petition.

*James G. Clark,* deputy assistant state's attorney, in opposition.

Decided October 10, 1986

L. F. PACE & SONS, INC. *v.* THE TRAVELERS INDEMNITY COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 30, is denied.

*Peter D. Clark,* in support of the petition.

*Vincent M. Simko,* in opposition.

Decided October 10, 1986

FRANK ZIMNY, ADMINISTRATOR (ESTATE OF HANNELORE ZIMNY) *v.* COOPER-JARRETT, INC., ET AL.

The petition of the defendant Thomas W. Hogan, Jr., for certification for appeal from the Appellate Court, 8 Conn. App. 407, is denied.

*Joseph Adinolfi, Jr., Joseph C. Morelli* and *John D. Miletti,* in support of the petition.

*John W. Lemega,* in opposition.

Decided October 10, 1986